# COMPLAINT/REMOVAL DISMISSAL
United States District Court
Southern District of New York

Mag. Judge Dkt. No. 17 MAG. 06659     Date 1/8/2020

USAO No. 2018R-00701

The Government respectfully requests the Court to dismiss without prejudice the ____ Complaint ✓ Removal Proceedings in

United States v. JENSY RODRIGUEZ

The Complaint/Rule 40 Affidavit was filed on 9/1/2017

✓ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY

SHEB SWETT
(Print name)

**SO ORDERED:**

_____     1/8/2020
UNITED STATES MAGISTRATE JUDGE      DATE

Distribution: White → Court    Yellow → U.S. Marshals    Green → Pretrial Services    Pink → AUSA Copy